

Schedule A to Complaint