AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-4428-LLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the individuals, entities, etc., identified on Appendix A, hereto was received by me on *(date)* 06/24/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On June 25, 2024, I sent registered e-mails to the known e-mail addresses for those listed on Appendix A hereto

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/27/2024

/s/ Dmitry Lapin
*Server's signature*

Dmitry Lapin
*Printed name and title*

2001 Market St. STE 2500 Philadelphia PA 19103
*Server's address*

Additional information regarding attempted service, etc:

|    | Appendix A |
|----|------------|
| 1  | 3dmodelsByVadim |
| 2  | 3Dwoodworker |
| 3  | 4everlight |
| 4  | AllPrintedThings |
| 5  | anamcarawoodworks |
| 6  | BackwoodsLaser |
| 7  | BeachCrafts247 |
| 8  | BigKongCaps |
| 9  | Canacadiana |
| 10 | CandGDesignCreations |
| 11 | CattleandKidsFiles |
| 12 | CreationsByKey12 |
| 13 | CuddlesinACup |
| 14 | DakotaCuttingEdge |
| 15 | DEEARMAATWALL |
| 16 | Deedeezthisandthat |
| 17 | DesertClover |
| 18 | DoolittleEngraving |
| 19 | DreamBigTshirtShoppe |
| 20 | ElegantWebBoutique |
| 21 | ElizaJanesCreations |
| 22 | FlamingoCloud |
| 23 | GearwagMetalArt |
| 24 | godsandghostsgallery |
| 25 | LakelandsTradeCo |
| 26 | LCCountryDesigns1 |
| 27 | LeenCreatives |
| 28 | LittleFoxDesignsPNW |
| 30 | MugDesignsFiles |
| 31 | OffTheHookJeweler |
| 32 | QCDesignStore |
| 33 | ReelMonsterFishing |
| 34 | reeneesart |
| 35 | RetroVintageSigns |
| 36 | RHOura |
| 37 | RusticMetalz |
| 38 | RusticPixelArtworks |
| 39 | RustywoodCreations |
| 40 | SegmentedStudio |
| 41 | SewLoveItLLC |
| 42 | ShelbyMakesStickers |
| 43 | SimpleDaysontheLake |
| 44 | Subwrapz |
| 45 | TBUDesignsOnline |
| 46 | Teesperation |
| 47 | Testteezz |
| 48 | TheCraftyLittleBB |
| 49 | TheHowdyBoho |
| 50 | TheInkredibleImage |
| 51 | TilingAwayTheHoursUS |
| 52 | Timbunner |
| 53 | TinnerInk18 |
| 54 | TripsJungle |
| 55 | TumblerArtAU |
| 57 | VDecorVietnam |
| 58 | WarmGesturesCards |
| 59 | WhiskieButterfly |
| 60 | woodupnorth |
| 61 | OzarksCreation |