ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

XYZ Corps

          Plaintiffs

                                                  Case No: 24-cv-4428-LLS

v.


Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

          Defendants.

------------------------------------------------------------X

## PRELIMINARY INJUNCTION ORDER

    THIS MATTER comes before the Court on the application of XYZ corps ("Plaintiffs"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified within the annexed **Amended Schedule A to this order** (collectively, the "Defendants"); and

    THE COURT having reviewed the papers in support of the Application, and following arguments by all counsel present at the July 9, 2024, hearing, finds that Plaintiffs meet the criteria for entry of preliminary injunctive relief, based on the following findings of fact and conclusions of law:

### FACTUAL FINDINGS & CONCLUSIONS OF LAW

    1.    Plaintiffs are the copyright owners to visual works of art, as identified in the annexed **Schedule B**, hereto (the "Subject Works").

1

2. Defendants own and operate e-commerce storefronts through marketplace platform www.Etsy.com (the "Online Storefronts"), an e-commerce marketplace platform operated by Etsy, Inc. ("Etsy").

3. Through their Online Storefronts, and without Plaintiffs' authorization, Defendants have offered for sale products that bear, use, or otherwise infringe upon Plaintiffs' rights to one or more of the Subject Works (the "Infringing Products").

4. The Court has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District, by operating one or more commercial, interactive online storefronts operated through Etsy, a New York company, and its e- commerce platform, through which New York residents can purchase the Infringing Products.

5. Plaintiffs own valid copyrights and each Infringing Product is either an identical copy of a Subject Work, or is otherwise substantially similar to the Subject Work.

6. Plaintiffs have well-founded fears that more Infringing Products will appear in the marketplace using the same Online Storefronts, or new and different Online Storefronts held by Defendants; that consumers may be misled, confused and disappointed by the quality of the Infringing Products, resulting in injury to Plaintiffs' reputation goodwill in particular, the reputation and good will related to products properly bearing, using, and sold utilizing Plaintiffs' copyrights. The continued and unauthorized use of Plaintiffs' copyrights irreparably harms Plaintiffs through loss of exclusivity, loss of future sales, and damage to Plaintiffs' reputation. Money damages may not adequately compensate for that damage.

7. The potential harm to Defendants from being prevented from improperly infringing on Plaintiffs' copyrights if a preliminary injunction is issued is outweighed by the potential harm

to Plaintiffs, its business, and the goodwill and reputation built up in and associated with Plaintiffs' copyrights to the Subject Works, if a preliminary injunction is not issued.

8. The public interest is served by entry of this Preliminary Injunction to protect Plaintiffs' interest in its copyrights and to protect the public from being deceived by Defendants' infringing actions.

9. For those reasons, the issuance of a preliminary injunction is warranted under Federal Rule of Civil Procedure 65.

NOW THEREFORE, on this 26 day of July, 2024, this Court ORDERS that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. Using or otherwise exploiting the Subject Works, or any copyrights thereto, in any manner;

   b. Passing off, inducing, or enabling others to sell or pass off any not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale using the Subject Works;

   c. Further infringing the Subject Works, or any copyrights thereto;

   d. Using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Storefronts, or any other domain name or online market place account, to sell Infringing Products; and

   e. Within five (5) days of receipt of this Order, Etsy, and any bank, payment processor, money transmitter, or other financial institution (collectively referred to as the "Financial Institutions") servicing a Defendant or their Online Storefront are directed to disable and cease providing services through which Defendants engage

3

in the sale of Infringing Products, including any accounts associated with the Defendants.

2. Defendants, Etsy (including Etsy's affiliates, subsidiaries, and parents), and any Financial Institution that is associated with the Defendant's Online Storefronts, shall be preliminary enjoined from transferring or disposing of any money or other assets that are connected with the Infringing Products until further ordered by this Court.

3. Etsy shall, within five (5) business days of receipt of this Order, for any Defendant account:

    a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Storefronts, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money of the Defendants related to the Infringing Products until further ordered by this Court.

4. Schedule A to the Complaint, Plaintiffs' *ex parte* Applications for entry of a Temporary Restraining Order, Preliminary Injunction, a Restraint on the Transfer of Assets, Expedited Discovery, and all associated documents annexed thereto, including Exhibits, Declarations, and Proposed Orders are now unsealed. The Clerk of Court is directed to unseal ECF Nos. 1-7 in their entirety.

5. The Temporary Restraining Order is now unsealed.

6. Any Defendant that is subject to this Order may appear and move to dissolve or modify this Order on seven (7) days' notice to Plaintiffs, or on shorter notice as set by this Court.

7. The Twenty Five Thousand Dollar ($25,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case, or until this Preliminary Injunction is terminated.

Dated: July 26, 2024

*Louis L. Stanton*

Louis L. Stanton, U.S. District Judge

| | AMENDED SCHEDULE A |
|---|---|
| 1 | 3dmodelsByVadim |
| 3 | 4everlight |
| 5 | anamcarawoodworks |
| 6 | BackwoodsLaser |
| 7 | BeachCrafts247 |
| 9 | Canacadiana |
| 10 | CandGDesignCreations |
| 11 | CattleandKidsFiles |
| 12 | CreationsByKey12 |
| 13 | CuddlesinACup |
| 14 | DakotaCuttingEdge |
| 15 | DEEARMAATWALL |
| 16 | Deedeezthisandthat |
| 20 | ElegantWebBoutique |
| 21 | ElizaJanesCreations |
| 22 | FlamingoCloud |
| 23 | GearwagMetalArt |
| 24 | godsandghostsgallery |
| 25 | LakelandsTradeCo |
| 26 | LCCountryDesigns1 |
| 27 | LeenCreatives |
| 28 | LittleFoxDesignsPNW |
| 29 | MetalConnoisseur |
| 30 | MugDesignsFiles |
| 31 | OffTheHookJeweler |
| 32 | QCDesignStore |
| 33 | ReelMonsterFishing |
| 34 | reeneesart |
| 35 | RetroVintageSigns |
| 36 | RHOura |
| 37 | RusticMetalz |
| 38 | RusticPixelArtworks |
| 39 | RustywoodCreations |
| 41 | SewLoveItLLC |
| 42 | ShelbyMakesStickers |
| 43 | SimpleDaysontheLake |
| 44 | Subwrapz |

| | | |
|---|---|---|
| | ██████ | |
| 46 | Teesperation | |
| 47 | Testteezz | |
| | ██████ | |
| 49 | TheHowdyBoho | |
| 50 | TheInkredibleImage | |
| 51 | TilingAwayTheHoursUS | |
| 52 | Timbunner | |
| 53 | TinnerInk18 | |
| 54 | TripsJungle | |
| 55 | TumblerArtAU | |
| 56 | TumblerWrapWorld | |
| 57 | VDecorVietnam | |
| 58 | WarmGesturesCards | |
| 59 | WhiskieButterfly | |
| 60 | woodupnorth | |
| 61 | OzarksCreation | |

## SCHEDULE B

|    | Title | Registration # | Registration Date |
|----|-------|----------------|-------------------|
| 1  | JQ Fish Art: Walleye Green Lure | Vau 1-021-822 | 7/10/2009 |
| 2  | JQ Fish Art: Side ID Northern Pike | Vau 1-021-822 | 7/10/2009 |
| 3  | Legends Series Artwork: Bass | VA-1-153-915 | 6/1/2001 |
| 4  | Legends Series Artwork: Walleye | VA-1-153-915 | 6/1/2001 |
| 5  | Legends Series Artwork: Crappie | VA-1-153-915 | 6/1/2001 |
| 6  | Smallmouth Bass and Topwater Bait | VA 2-084-056 | 12/5/2017 |
| 7  | Airborne Bass | VA 2-315-052 | 7/28/2022 |
| 8  | Deep Troll Musky | VA-517-695 | 7/17/1992 |
| 9  | 2000 Published Apparel Series: Lures | VA 1-032-512 | 2/3/2000 |
| 10 | Action Series: Pike | VAu-348-036 | 10/27/1995 |
| 11 | Action Series: Brown Trout | VAu-348-036 | 10/27/1995 |
| 12 | Action Series: Musky | VAu-348-036 | 10/27/1995 |
| 13 | Action Series: Rainbow Trout | VAu-348-036 | 10/27/1995 |
| 14 | Action Series: Stripped Bass | VAu-348-036 | 10/27/1995 |
| 15 | Breakline Hunter Musky | VA-2-083-993 | 12/15/2017 |
| 16 | Sunbay Bluegill | Va 2-087-516 | 11/8/2017 |
| 17 | Lures of the Past | VA-2-083-990 | 12/15/2017 |
| 18 | 1999 Apparel Series | VA-1-032-514 | 2/3/2000 |
| 19 | Fooled Again Bass | VA 519-738 | 10/8/1991 |
| 20 | Tangled Cover Crappie | VA-500-654 | 10/8/1991 |
| 21 | Harvest Moon Walleye 3 | VA-1-957-011 | 4/7/2015 |
| 22 | Breezy Point Walleye | Vau-1-355-915 | 12/3/2018 |
| 23 | Penny Lane Series No. 1: Bluegill Side ID | VA 924-674 | 10/1/1998 |
| 24 | Jon Q. Wright paramount apparel series | VA 1-336-779 | 09/20/2005 |