Case 1:24-mc-00252-AT    Document 3    Filed 06/04/24    Page 1 of 3

```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 6/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEF<br><br>　　　　　Defendants. | Case No. 24 Misc. 252<br><br>ORDER TO FILE REDACTED COMPLAINT, FOR PLAINTIFF TO PROCEED ANONYMOUSLY, AND TO FILE CERTAIN DOCUMENTS UNDER SEAL |

WHEREAS, on June 3, 2024, Plaintiffs in the above-captioned filed a motion (the "Application") for leave to temporarily (1) proceed under a joint pseudonym, (2) file a redacted Complaint, along with redacted accompanying documents, and (3) file under seal, an *ex parte* motion seeking a Temporary Restraining Order, and other relief (the "Application for a TRO"),

WHEREAS, upon review of Plaintiffs' Application and the Court having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) and (e), it is hereby

ORDERED that Plaintiffs' motion to temporarily proceed anonymously by using the pseudonym "XYZ Corp." is GRANTED;

ORDERED that Plaintiff will proceed with the pseudonym "XYZ Corp." until Plaintiffs' Application for a TRO is granted, served upon Etsy, Inc., and the Financial Institutions (defined in Plaintiffs' Application for a TRO), and the terms of the Temporary Restraining Order are effectuated by Etsy, Inc. and the Financial Institutions;

ORDERED that this case may be filed with a redacted complaint, a redacted version of Schedule A to the Complaint, and a redacted version of Exhibit A to the Complaint, in a case

available in public view on the Court's ECF system and an unredacted complaint and accompanying documents filed under seal in the traditional manner, in paper form;

ORDERED that a redacted Civil Cover Sheet and redacted Report for Determination Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (AO121) may also be filed in the case available in public view on the Court's ECF system and unredacted copies are to be filed under seal in the traditional manner, in paper form;

ORDERED that the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

ORDERED that the Clerk of Court is directed open a new civil case with the following caption:

---------------------------------------------------x

XYZ Corp.

                                Plaintiff

    v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                                Defendants.
---------------------------------------------------x

ORDERED that following Plaintiffs' compliance with ECF Rules & Instructions Rules 6.14 and 14.2, and following the Clerk of Court's opening of the case in accordance with this Order, Plaintiffs may electronically file its Application for a TRO, which shall remain sealed until the Application for a TRO is granted, served upon Etsy, Inc. and the Financial Institutions, and the

terms of the Temporary Restraining Order are effectuated by Etsy Inc. and the Financial Institutions;

ORDERED that Plaintiffs' Application, the Declaration in Support, and the Exhibits attached thereto, shall remain sealed.

The Clerk of Court is directed to restrict access to this order to the selected party viewing level and close this miscellaneous case.

SO ORDERED.

Dated: June 4, 2024
      New York, New York

**ANALISA TORRES**
**United States District Judge**