ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Jon Q. Wright & JQ Licensing LLC

           Plaintiffs

           Case No: 24-cv-4428-LLS

v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

           Defendants.

-----------------------------------------------------------x

### JOINT MOTION TO DISMISS WITH PREJUDICE
### AS TO DEFENDANT RUSTICMETALZ ONLY

Plaintiffs Jon Q. Wright and JQ Licensing LLC and Defendant RusticMetalz, by and through their undersigned counsel, and pursuant to Rule 21 of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Defendant RusticMetalz from this action. In support thereof, the parties state as follows:

Plaintiffs and Defendant RusticMetalz have reached an agreement resolving the claims asserted against Defendant RusticMetalz in this action. Pursuant to Federal Rule of Civil Procedure 21, a court may drop a party from an action at any time on just terms. Plaintiffs Jon Q. Wright and JQ Licensing LLC and Defendant RusticMetalz agree that each shall bear its own attorneys' fees and costs.

The present motion is limited solely to Defendant RusticMetalz and the dismissal of RusticMetalz from this action does not affect the claims against the remaining defendants. The Plaintiffs expressly reserve all rights and claims against the remaining defendants in this action.

WHEREFORE, it is respectfully requested that the Court enter an order dismissing Defendant RusticMetalz from this action with prejudice, with Plaintiffs and Defendant RusticMetalz each bearing their own costs, expenses, and attorneys' fees.

Date:   February 11, 2025

By: /s/ Dmitry Lapin
Dmitry Lapin, Esq.
Axenfeld Law Group, LLC
2001 Market Street Suite 2500
Philadelphia, PA 19103
dmitry@axenfeldlaw.com
917-979-4570

*Attorney for Plaintiffs*

By: /s/ Robert Greener
Robert Greener, Esq.
Law Office of Robert L Greener PC
136 Madison Ave 5th Floor,
New York, NY 10016
Rlg@greenerlegal.com
(646) 415-8920

*Attorney for Defendant-RusticMetalz*

SO ORDERED:

*Louis L. Stanton*
Hon. Louis L. Stanton

Feb. 11, 2025