**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



**Axenfeld Law Group** LLC
Trademark - Patent - Intellectual Property Law

**VIA ECF**

February 11, 2025

**MEMO ENDORSED**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/25

Re:    **Jon Q. Wright & JQ Licensing LLC, v. Individuals, et. al.,**  (Dkt # 1:24-cv-4428-LLS)
       - *Notice of Withdrawal of Plaintiffs' Motion to Sever and for Leave to Amend [ECF No. 71]*
       - *Status Update*

Dear Hon. Stanton:

        This firm represents the Plaintiffs in the above-referenced copyright infringement action. We write to notify the Court that Plaintiffs are withdrawing their Motion to Sever and for Leave to Amend [ECF No. 71]. Before submitting this letter, Plaintiffs and Defendant RusticMetalz jointly filed a Motion to Dismiss Defendant RusticMetalz from the action. [ECF No. 79] Because RusticMetalz is being dismissed, Plaintiffs' Motion to Sever and for Leave to Amend is now moot.

*Granted*
*Louis L. Stanton*
*2/11/25*

        Following the dismissal of Defendant RusticMetalz from this action, no other defendants will have appeared. The remaining defendants are in default. Plaintiffs anticipate filing a motion for default judgment against the defaulting defendants on or before March 14, 2025.

        Thank you for your attention to this matter.

                                        Respectfully submitted,


                                        /s/ Dmitry Lapin
                                        Dmitry Lapin, Esq.